■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS TORRES, Appellant. [838 NYS2d 456]—Judgment, Supreme

Court, New York County (Charles Solomon, J.), rendered on or about January 10, 2006, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Friedman, Sweeny, McGuire and Kavanagh, JJ.